## ALBERT LEE ET AL. *v.* DOROTHY CABRAL ET AL.
### (8390)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued March 1—decision released March 14, 1990

*Leon O. Gross,* for the appellants (defendants).

*M. Frances Reese,* for the appellees (plaintiffs).

PER CURIAM. There is no error.

## LAN, INC., ET AL. *v.* WILLIAM P. GELINAS
### (8410)

DUPONT, C. J., NORCOTT and LAVERY, Js.

Argued February 13—decision released March 14, 1990

*Paul S. Levin,* with whom, on the brief, was *Edward H. Freeman,* for the appellant (defendant).

*Paul J. Yamin,* for the appellees (plaintiffs).

PER CURIAM. There is no error.